**Exhibit A to the Complaint**

**Location:** Levittown, PA  **IP Address:** 72.86.185.174
**Total Works Infringed:** 45  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 3ACD1EECE1081E1CA41E348646481F4D9E28B44E | 11/25/2025 01:20:34 | Vixen | 02/04/2022 | 02/14/2022 | PA0002335462 |
| 2 | 928563c9ad840c9b4e643617450cd422cf8fdea5 | 11/25/2025 13:22:13 | Blacked | 11/24/2025 | 11/26/2025 | PA0002554932 |
| 3 | 22beca31fce8b5c3f3ee3c09cefed0a8463d63c2 | 11/25/2025 13:20:16 | Blacked Raw | 11/22/2025 | 11/26/2025 | PA0002554947 |
| 4 | 86ad986a049b6d4b61d9f546b33abc2cd9e93d97 | 11/25/2025 01:28:31 | Blacked Raw | 10/08/2025 | 11/10/2025 | PA0002553345 |
| 5 | 557a06faf59763726c286deab581cf53e4d500d7 | 11/12/2025 00:20:52 | Blacked | 11/09/2025 | 11/14/2025 | PA0002553526 |
| 6 | 26b8f6328e203a1a341beac8687c8520334402e1 | 11/11/2025 22:31:50 | TushyRaw | 11/09/2025 | 11/14/2025 | PA0002553509 |
| 7 | d0145b9819554c16beb623a35ca26e4775e5fa4f | 11/11/2025 22:30:33 | Tushy | 11/09/2025 | 11/14/2025 | PA0002553537 |
| 8 | e855e24f29ebb99cbef7191cd4b58a5971a12238 | 11/11/2025 22:29:35 | Vixen | 11/08/2025 | 11/14/2025 | PA0002553512 |
| 9 | 96b2065e3b99f6b326c78f6b30efc97da39a3172 | 11/08/2025 18:42:43 | Blacked | 08/11/2025 | 08/19/2025 | PA0002545681 |
| 10 | 716938ab49d7d62f545ddb9cdbc4a4b17eabdae2 | 11/07/2025 15:43:35 | Milfy | 10/01/2025 | 11/10/2025 | PA0002553387 |
| 11 | b62d47f90d9b9ed7faf14c5ae0c835fb4b1f0bfc | 11/03/2025 20:18:08 | Blacked Raw | 09/13/2025 | 09/24/2025 | PA0002552381 |
| 12 | e1018b65d5cebf8ccc891040745ab134bd95a459 | 11/03/2025 20:10:36 | Blacked Raw | 08/24/2025 | 09/16/2025 | PA0002550997 |
| 13 | 79153C5817365DF2C54E1CA8A115266FE84C1A08 | 10/31/2025 01:24:33 | Vixen | 04/18/2025 | 04/23/2025 | PA0002527325 |
| 14 | e7f7741a086d2c001c7203e9e3dafb2f909cd8e6 | 10/31/2025 01:18:09 | Blacked Raw | 06/15/2025 | 06/20/2025 | PA0002536525 |
| 15 | be70ca8076af252134e8997c35988d1d8bd5b0e5 | 10/31/2025 00:04:53 | Blacked Raw | 09/28/2025 | 11/10/2025 | PA0002553396 |
| 16 | A53FF6BAFB11986E9DCE883CB21856B6CCEC5286 | 10/30/2025 22:38:33 | Vixen | 07/12/2024 | 08/15/2024 | PA0002484858 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 4bec290e160055634197ec8434cf364785d633d1 | 10/30/2025 22:25:08 | Blacked | 06/12/2025 | 06/20/2025 | PA0002536510 |
| 18 | c138a15ce908b699eacf87fd5b5fd576c3e161b3 | 10/30/2025 22:23:22 | TushyRaw | 08/17/2025 | 08/19/2025 | PA0002545663 |
| 19 | e70d76457c45f77822fcd80dfa0cda4e56975158 | 10/30/2025 22:23:03 | Blacked | 10/05/2025 | 11/10/2025 | PA0002553342 |
| 20 | 3559A12D92E6A9BE5DB9CFB1F18F553585AEAA67 | 10/30/2025 01:13:43 | Vixen | 10/29/2025 | 11/14/2025 | PA0002553521 |
| 21 | 2a15127f444b4aca368ee37633497198d4a9c8c7 | 10/30/2025 01:06:40 | Tushy | 06/15/2025 | 06/20/2025 | PA0002536524 |
| 22 | 1690c64fb816fa52161407bd10093893e9ed3b76 | 10/28/2025 20:47:46 | Blacked Raw | 10/28/2025 | 11/14/2025 | PA0002553529 |
| 23 | 050ce6d36820df9046a9df3ea491dd274ecb57a5 | 10/28/2025 19:26:24 | Tushy | 10/26/2025 | 11/14/2025 | PA0002553515 |
| 24 | d599d0a047a4cf63830151df12fae93f3ed878f6 | 10/28/2025 19:15:13 | TushyRaw | 10/26/2025 | 11/14/2025 | PA0002553517 |
| 25 | 4005AE968D6AEF79BDD290B7369A71406F74E0BA | 10/28/2025 15:17:12 | Vixen | 02/07/2025 | 02/18/2025 | PA0002515982 |
| 26 | 3DFCE1AF56F748FB1937311B533715777074AD1D | 10/25/2025 04:34:49 | Vixen | 10/24/2025 | 11/14/2025 | PA0002553540 |
| 27 | 9014e7b7b47b82e2f9bdbbbcbb78a1258b17fafb | 10/25/2025 04:27:25 | Blacked Raw | 10/23/2025 | 11/14/2025 | PA0002553533 |
| 28 | de5fa9133f8479710c2039feb0c3f74f98b2d470 | 10/25/2025 04:26:38 | Tushy | 10/19/2025 | 11/10/2025 | PA0002553353 |
| 29 | 27959ab4567dd79e42686437248660e77a62f176 | 10/25/2025 04:26:34 | Vixen | 10/19/2025 | 11/10/2025 | PA0002553388 |
| 30 | deb76c0e90ccc2fb71dfd2cd0717dd86d786f616 | 10/22/2025 22:49:47 | Milfy | 10/22/2025 | 11/14/2025 | PA0002553523 |
| 31 | 1c498053a51835959863554a468ce7bfda8b4af8 | 10/22/2025 00:24:21 | TushyRaw | 07/20/2025 | 07/22/2025 | PA0002541701 |
| 32 | ce5b471449060f1c503b5c816aa4a43b46345efd | 10/19/2025 16:00:03 | Blacked Raw | 08/04/2025 | 08/08/2025 | PA0002544282 |
| 33 | 21716828D872FA65CB738DAB089692F37A0CE77A | 10/16/2025 21:38:28 | Milfy | 10/15/2025 | 11/10/2025 | PA0002553354 |
| 34 | 7C7955E7E9B585557821379905C056C2B39D1CD8 | 10/16/2025 01:27:56 | Wifey | 07/19/2025 | 07/22/2025 | PA0002541702 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | e6049fa73de9c0259ee889a86227217fd10135f1 | 10/10/2025 15:22:38 | Vixen | 10/09/2025 | 11/10/2025 | PA0002553346 |
| 36 | 4dd8484f26e866921f71d359eaaa252597fcde5e | 10/10/2025 15:10:51 | Tushy | 10/05/2025 | 11/10/2025 | PA0002553347 |
| 37 | ED2D7496B8D9953BD80335734887290695981F85 | 09/22/2025 03:19:00 | Tushy | 09/21/2025 | 09/24/2025 | PA0002552392 |
| 38 | 75cc59d27b4ebb991ed156b3e775a2aabaa2e511 | 09/12/2025 17:15:22 | Blacked | 09/10/2025 | 09/16/2025 | PA0002551024 |
| 39 | a15b4ebe7cefeae6bf366bd593d582ade28f8b7a | 09/12/2025 17:10:01 | Milfy | 09/10/2025 | 09/16/2025 | PA0002551067 |
| 40 | bb3fc10a2d467f69105ff45abc328538d0931a84 | 09/04/2025 23:33:28 | Vixen | 09/04/2025 | 09/16/2025 | PA0002550977 |
| 41 | 198c69fdc9f7fbd3ec79d49ea8450eb01a9cb6a4 | 09/02/2025 22:10:14 | Tushy | 08/03/2025 | 08/08/2025 | PA0002544247 |
| 42 | 363ace7b8b6b858b4104af8ba22943635bec2f8e | 08/30/2025 21:55:27 | Blacked Raw | 07/10/2025 | 07/22/2025 | PA0002541680 |
| 43 | 0c9d2bfe9a5181bff195c8f2ce63dcc20e36cf79 | 08/27/2025 00:40:50 | Blacked | 08/26/2025 | 09/16/2025 | PA0002550979 |
| 44 | b40db00b3937789f6722936cbee9266c2956e770 | 08/26/2025 01:41:02 | Tushy | 08/24/2025 | 09/16/2025 | PA0002550966 |
| 45 | ac7abecf53ab9e31328886c0473ca5dc28e142a0 | 08/26/2025 01:40:52 | Vixen | 08/25/2025 | 09/16/2025 | PA0002550971 |